UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX DECAMINADA, an individual,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>RALEY'S, a Foreign Corporation; PIM EAGLE STATION, LLC, a Foreign Limited-Liability Company; JOHN DOES 1-5, inclusive; and BLACK AND WHITE COMPANIES 1-5, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:23-cv-00146-LRH-CSD<br><br>**ORDER GRANTING STIPULATIONFOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, MAX DECAMINADA ("Plaintiff"), and Defendant, RALEY'S ("Defendant" or "Raley's"), through their respective counsel of record, that any and all claims against Defendant in the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

. . .

- 1 -

Each party to bear said party's own attorney's fees and costs.

| DATED this 26th day of April 2024. | DATED this 26th day of April 2024. |
|---|---|
| **RICHARD HARRIS LAW FIRM** | **PHILLIPS SPALLAS & ANGSTADT LLC** |
| /s/ Jonathan M. Leavitt | /s/ Timothy D. Kuhls |
| JOHNATHAN M. LEAVITT, ESQ.<br>Nevada Bar No. 13193<br>801 South Fourth Street<br>Las Vegas, NV 89101 | ROBERT K. PHILLIPS<br>Nevada Bar No. 11441<br>TIMOTHY D. KUHLS<br>Nevada Bar No. 13362<br>NICOLE C. FARRELL<br>Nevada Bar No. 16532<br>504 South Ninth Street<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff*<br>*Max Decaminada* | *Attorneys for Defendant*<br>*Raley's* |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

IT IS FURTHER ORDERED that the Clerk of the Court dismiss this action, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

DATED this 26th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE