AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MAX DEAMINADA, and individual,

        Plaintiff,

v.

RALEY'S, a Foreign Corporation; PIM EAGLE STATION, LLC, a Foreign Limited Liability Company; JOHN DOES 1-5, inclusive; and BLACK AND WHITE COMPANIES 1-5, inclusive,

        Defendants.

JUDGMENT

Case Number:   3:23-cv-00146-LRH-CSD

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed April 26, 2024 (ECF No. 24) this matter is dismissed with prejudice. Each party to bear said party's own attorney's fees and costs.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date: April 29, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk